UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | ) | |
|---|---|---|
| CHARLES RAMPINO, | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-12033-PBS |
| | ) | |
| BERNARD BRADY, | ) | |
| Respondent. | ) | |
| | ) | |

**NOTICE OF APPEARANCE**

Undersigned counsel hereby enters his appearance on behalf of Bernard Brady, respondent in the above-titled action.

        Respectfully submitted,

        THOMAS F. REILLY
        ATTORNEY GENERAL


        /s/ David M. Lieber
        David M. Lieber (BBO# 653841)
        Assistant Attorney General
        Criminal Bureau
        One Ashburton Place
        Boston, Massachusetts  02108
        (617) 727-2200 ext.2827

        ATTORNEYS FOR RESPONDENT

Dated: October 19, 2004