CHRISTINE PATCH, CLERK                    OCTOBER 12, 2004
UNITED STATES DISTRICT COURT
COURTHOUSE WAY
BOSTON, MA

CHARLES RAMPINO
OLD COLONY CORR. CTR.
ONE ADMINISTRATION ROAD
BRIDGEWATER, MA. 02324

RE: RAMPINO V. BRADY
    # 04-CV-12033-PBS

        Dear Christine,

On 9-21-04, I filed a Petition for Writ of Habeas Corpus via mail, you entered it onto the above docket number on 9-28-04. Could you please tell me the status of the petition ? I also filed an exparte petition, (Docket no. 4), could you please tell me if this was brought before the Court, and if not, when it might be ?

    I thank you kindly for your time and attention in this urgent matter and hope to hear from you soon, a brief response to this letter would be greatly appreciated.

                                            CHARLES RAMPINO