UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RAMPINO,<br>　　Petitioner,<br><br>v.<br><br>BERNARD BRADY,<br>　　Respondent. | Civil Action No. 04-12033-PBS |

## MOTION TO DISMISS

Respondent, Bernard Brady, moves that this petition for habeas corpus be dismissed, because the petition presents no claim arising under federal law, and habeas corpus is not available to review purported errors of state law. For this reason, and the reasons stated in the accompanying memorandum of law, respondent respectfully requests that this motion be allowed, and that this petition be dismissed.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　THOMAS F. REILLY
　　　　　　　　　　　　　　　　　　ATTORNEY GENERAL


　　　　　　　　　　　　　　　　　　/s/ David M. Lieber
　　　　　　　　　　　　　　　　　　David M. Lieber (BBO# 653841)
　　　　　　　　　　　　　　　　　　Assistant Attorney General
　　　　　　　　　　　　　　　　　　Criminal Bureau
　　　　　　　　　　　　　　　　　　One Ashburton Place
　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　(617) 727-2200 ext.2827

　　　　　　　　　　　　　　　　　　ATTORNEYS FOR RESPONDENT

Dated: December 20, 2004