UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-CV-12033-PBS

CHARLES RAMPINO
PETITIONER

V.

BERNARD BRADY
RESPONDENT

## PETITIONERS MOTION TO PROCEED

## FORMA PAUPERIS

Now comes the petitioner, Charles Rampino, and hereby respectfully moves this Honorable Court pursuant to 28 USC §1915, to grant this Motion to allow Petitioner to proceed in Forma Pauperis and without payment of fees, for the following reasons set forth below:

1.) That I am an indigent inmate incarcerated at the Old Colony Correctional Center, One Administration Road, Bridgewater Massachusetts 02324

2.) I have no fixed assets, bank books, property real or otherwise.

Made under the pains and penalties of perjury.

Dated   12-14-04

Charles Rampino pro se