UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

04-CV-12033-PBS

CHARLES RAMPINO,
    PETITIONER,

V.

BERNARD BRADY,
    RESPONDENT.

**NOTICE**

The Petitioner, Charles Rampino, hereby gives notice that he will be filing a Reply Response to the Respondent's Anwer and any Dispositive Motions that the Respondent will be filing in this action.

The Petitioner respectfully request that he be allowed to file such response within (30) days of receiving the Respondent's Answer, and any dispositive motion's.

WHEREFORE, the Petitioner prays that he be allowed to file a Reply Response and that he be given (30) days to file such.

Respectfully submitted,

CHARLES RAMPINO PRO SE

Dated 12-14-04