UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-CV-12033-PBS

CHARLES RAMPINO,
    PETITIONER,

V.

BERNARD BRADY,
    RESPONDENT.

NOTICE OF INTENT
TO FILE AN OPPOSITION MOTION
TO RESPONDENT'S MOTION TO DISMISS

Now comes the petitioner, Charles Rampino, in the above-entitled action and would like to inform this Court that he will be filing an opposition motion to the Respondent's motion to dismiss that was received by the petitioner on 12-22-04.

The petitioner moves this Court to allow him to 1-20-05 to file his opposition motion.

In support of the above, the Petitioner states that he needs the time asked for to fully research the sole issue raised by the Respondent, which is that the petitioner's "petition presents no claim arising under federal law, and habeas corpus is not available to review purported errors of state law.". The petitioner further states that he is indigent and thus, is proceeding pro se in this matter.

WHEREFORE, the petitioner prays that this Court allow him to file an opposition motion between now and January 20, 2005.

Dated 12-22-04

CHARLES RAMPINO PRO SE