UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-CV-12033-PBS

CHARLES RAMPINO,
PETITIONER,

V.

BERNARD BRADY,
RESPONDENT.

MOTION TO COMPEL PRODUCTION
SUPPLEMENTAL APPENDIX

The petitioner, Charles Rampino, moves this Court to order the Respondent to furnish the petitioner with the SUPPLEMENTAL APPENDIX that the Respondent refers to in his MOTION TO DISMISS.

In support of the above request, the Petitioner states that the SUPPLEMENTAL APPENDIX that the respondent refers to in his motion to dismiss is needed by the petitioner to adequately prepare a defense to the respondents motion to dismiss and the rules of civil procedure require that anything that the respondent files with the Court be served on the petitioner.

WHEREFORE, the petitioner prays that this Court issue an order compelling the Respondent to serve a copy of the SUPPLEMENTAL APPENDIX on the petitioner.

CHARLES RAMPINO PRO SE

DAted 12-22-04