UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-CV-12033-PBS

CHARLES RAMPINO,
    PETITIONER,

V.

BERNARD BRADY,
    RESPONDENT.

*FILED IN CLERKS OFFICE — 2005 JAN 27 P 1:59 — U.S. DISTRICT COURT DISTRICT OF MASS.*

## MOTION FOR ENLARGEMENT OF TIME

Now comes the petitioner, Charles Rampino, in the above entitled matter and respectfully moves this Court for a further enlargement of time to file an oppostion to the Respondent's motion to dismiss, the petitioner moves this court for an enlargement of time of 30 days from this Court's ruling on the following motions filed in this Court and not ruled on as of today, 1-25-05; Docket Entries # 20,21,22,23.

The Petitioner further moves this Court to issue rulings on the above docket entries as soon as practical, the Respondent was served all of the above and has not filed an opposition to any of them.

WHEREFORE, the petitioner prays that this Court grant this motion and allow him 30 days to file an opposition to the respondent's motion to dismiss, and said 30 days to start from the rulings on Docket entries # 20,21,22,23.

Dated 1-25-05

                                  CHARLES RAMPINO PRO SE

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served on the Respondent's Counsel, DAVID LIEBER, AAG, 1 ASHBURTON PL. BOSTON, MA 02108, BY pre-paid first class mail on this 25th day of January 2005.

                                  CHARLES RAMPINO