UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-CV-12033-PBS

CHARLES RAMPINO
PETITIONER

V.

BERNARD BRADY
RESPONDENT

# MOTION TO HEAR AND DECIDE PRIOR FILED MOTIONS

Now comes the petitioner, Charles Rampino, and hereby respectfully moves this Honorable Court to hear and decide 5 prior filed motions; (Docket Entries # 20, 21, 22, 23, 24).

In support of the above the petitioner states that the motions need to be heard and decided so this case may move forward in a speedy and just fashion.

Wherefore the petitioner prays that this court grant this motion and hear and decide the above motions.

Dated 02-04-05

CHARLES RAMPINO PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above document was served On the Respondent's Counsel, David Liber, AAG, 1 Ash Burton Pl. Boston, MA 02108, by prepaid first class mail on this 4th day of February 2005.

CHARLES RAMPINO