UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES RAMPINO, )<br>)<br>Petitioner, )<br>v. )<br>)<br>BERNARD BRADY, )<br>)<br>Respondent. ) | CIVIL ACTION<br>NO. 04-12033-PBS |

## ORDER ON MOTION TO
## PROCEED IN FORMA PAUPERIS

Having considered the Petitioner's Motion to Proceed in Forma Pauperis (Docket No. 17) under 28 U.S.C. § 1915, it is hereby ORDERED that the application is DENIED AS MOOT. The Court's records indicate petitioner paid the $5.00 filing fee on September 21, 2004.

        / s / Judith Gail Dein
        Judith Gail Dein
        United States Magistrate Judge

DATED: July 13, 2005