Rampino V. BRady
2004-cv. 12033 PBS

TO: Clerc of Courts
U.S D.C
Courthouse
Boston, MH

8-21-05

FR: Charles Rampino
MCI - Norfolk
Box 43
Norfolk, MH 02056

Cd c/d Colin Cox
1st dminnsi Rd
Bridgewater, MH
02324

Re: Change of Address & Status on
Motion to Dismiss

Dear Clerk,
Ever what 3-28-05, Justice Patti B.
Saris Tefferred 2 motions to Judge
Magistrate Deive This was for "
Reporet and Recommendation. On od After
5-13-05 (one of the motions," to proceed
in forma Pauperis" was ruled mret I
have not heard anything on the Motion
to Dismiss. Could ya please try and
find out what going on. Also Please
Note on the Docket my new Address.
thunks,

Charls B