UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

                                        CIVIL ACTION
                                        04-12033-PBS

CHARLES RAMPINO
PETITIONER

V.

BERNARD BRADY
RESPONDENT

### NOTICE OF APPEAL

Now comes the petitioner, Charles Rampino, in the above entitled matter, pursuant to Federal Rules of Appellate Procedure Rules 3 & 4, and hereby appeals the District Court's judgment entered 9-12-05 allowing the Respondent's motion to dismiss.

Respectfully submitted,

CHARLES RAMPINO PRO SE

DATED 10-7-05