UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

04-CV-12033-PBS

CHARLES RAMPINO,
PETITIONER

V.

BERNARD BRADY,
RESPONDENT.

## MOTION TO APPOINT COUNSEL

Now comes the petitioner, Charles Rampino, and moves this Honorable Court to appoint him APPELLATE COUNSEL.

In support of this motion the petitioner states that he is incarcerated and due to such cannot afford counsel to represent him. The petitioner further states that he is in need of professional help in pursuing his appelate rights due to the complexity of the appeal process and constitutional issues involved in this case. The petitioner states further that this is his last chance in getting a favorable ruling and is in desperate need of counsel.

WHEREFORE the petitioner, Charles Rampino, prays that this Honorable Court grant this motion and appoint counsel.

CHARLES RAMPINO PRO SE

DATED  10-7-=05