UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-12033

Charles Rampino

v.

Bernard Brady

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/12/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 20, 2005.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 10/21/05.

/s/ Barclay

Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-12033-PBS

Rampino v. Brady
Assigned to: Judge Patti B. Saris
Referred to: Magistrate Judge Judith G. Dein
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 09/21/2004
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Charles Rampino**

represented by **Charles Rampino**
MCI-Norfolk
Box 43
Norfolk, MA 02056
PRO SE

V.

**Respondent**

**Bernard Brady**
*Superintendent, Old Colony Correctional Facility*

represented by **David M. Lieber**
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
617-727-2200
Fax: 617-727-5755
Email: david.lieber@ago.state.ma.us
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/21/2004 | 1 | PETITION for Writ of Habeas Corpus $ 5, receipt number 58837, filed by Charles Rampino. (Attachments: # 1 Civil Cover Sheet)(Patch, Christine) (Entered: 09/28/2004) |
| 09/21/2004 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Patch, Christine) (Entered: 09/28/2004) |
| 09/21/2004 | 2 | MEMORANDUM in Support by Charles Rampino to 1 Petition for Writ of Habeas Corpus. (Attachments: # 1 Part 2 of 2)(Patch, Christine) (Entered: 09/28/2004) |
| 09/21/2004 | 3 | Constitutional and Statutory Provisions by Charles Rampino re 1 Petition for Writ of Habeas Corpus (Attachments: # 1 Part 2 of 2)(Patch, Christine) (Entered: 09/28/2004) |

| | | |
|---|---|---|
| 09/21/2004 | 4 | Ex Parte Petition by Charles Rampino.(Patch, Christine) (Entered: 09/28/2004) |
| 10/08/2004 | 5 | Ex Parte MOTION by Charles Rampino.(Patch, Christine) (Entered: 10/13/2004) |
| 10/08/2004 | 6 | MEMORANDUM in Support re [5] Ex Parte MOTION filed by Charles Rampino. (Patch, Christine) (Entered: 10/13/2004) |
| 10/12/2004 | 7 | Judge Patti B. Saris : ORDER entered SERVICE ORDER re 2241 Petition. Order entered pursuant to R.4 of the Rules governing Section 2241 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Morse, Barbara) (Entered: 10/14/2004) |
| 10/14/2004 | 10 | Letter to Christine Patch from Charles Rampino regarding the status of the case. (Patch, Christine) (Entered: 10/19/2004) |
| 10/14/2004 | | Return receipt received for mail sent to Mr. Bernard Brady Delivered on 10/5/04 (Patch, Christine) (Entered: 10/21/2004) |
| 10/18/2004 | | Judge Patti B. Saris : Electronic ORDER entered denying [5] Ex Parte Application. "The clerk shall send the motion and memo to the respondent. There shall be no more ex parte filings." (Patch, Christine) (Entered: 10/20/2004) |
| 10/19/2004 | 8 | NOTICE of Appearance by David M. Lieber on behalf of Bernard Brady (Lieber, David) (Entered: 10/19/2004) |
| 10/19/2004 | 9 | MOTION for Extension of Time to December 7, 2004 to File Answer re 1 Petition for Writ of Habeas Corpus by Bernard Brady.(Lieber, David) (Entered: 10/19/2004) |
| 10/19/2004 | | DOCKET SHEET sent to Charles Rampino. (Patch, Christine) (Entered: 10/19/2004) |
| 10/19/2004 | | Return receipt received for mail sent to Cathryn Neaves. Delivered on 10/15/04 (Patch, Christine) (Entered: 10/26/2004) |
| 11/03/2004 | 11 | Treatise on Protected Liberty Interest under the Due Process Clause by Charles Rampino (Attachments: # 1 Part 2 of 2)(Patch, Christine) (Entered: 11/10/2004) |
| 12/03/2004 | 12 | Second MOTION for Extension of Time to December 17, 2004 to File Answer re 1 Petition for Writ of Habeas Corpus by Bernard Brady. (Lieber, David) (Entered: 12/03/2004) |
| 12/06/2004 | | Judge Patti B. Saris : Electronic ORDER entered granting 12 Motion for Extension of Time to Answer re 1 Petition for Writ of Habeas Corpus by Bernard Brady. (Patch, Christine) (Entered: 12/09/2004) |
| 12/20/2004 | 13 | MOTION for Extension of Time to December 20, 2004 to File Answer *and to File Motion to Dismiss Instanter* by Bernard Brady.(Lieber, David) (Entered: 12/20/2004) |
| 12/20/2004 | 14 | MOTION to Dismiss by Bernard Brady.(Lieber, David) (Entered: |

| | | |
|---|---|---|
| | | 12/20/2004) |
| 12/20/2004 | 15 | MEMORANDUM in Support re 14 MOTION to Dismiss filed by Bernard Brady. (Lieber, David) (Entered: 12/20/2004) |
| 12/20/2004 | 17 | MOTION for Leave to Proceed in forma pauperis by Charles Rampino. (Patch, Christine) (Entered: 12/29/2004) |
| 12/20/2004 | 18 | MOTION Opposing any Further Englargments of Time to File an Answer by Charles Rampino.(Patch, Christine) (Entered: 12/29/2004) |
| 12/20/2004 | 19 | NOTICE of intent to file a Reply Response to the Respondent's Answer and any Dispositive Motions that the Respondent will be filing by Charles Rampino (Patch, Christine) (Entered: 12/29/2004) |
| 12/21/2004 | | Judge Patti B. Saris : Electronic ORDER entered granting 13 Motion for Extension of Time to Answer re 1 Petition for Writ of Habeas Corpus Bernard Brady. (Patch, Christine) (Entered: 12/21/2004) |
| 12/22/2004 | 16 | Supplemental APPENDIX by Bernard Brady. (Patch, Christine) (Entered: 12/28/2004) |
| 12/27/2004 | 20 | NOTICE by Charles Rampino of Intent to File an Opposition to 14 MOTION to Dismiss (Patch, Christine) (Entered: 12/30/2004) |
| 12/27/2004 | 21 | MOTION to Compel Response (Answer) by Charles Rampino.(Patch, Christine) (Entered: 12/30/2004) |
| 12/27/2004 | 22 | MOTION to Compel Production Supplemental Appendix by Charles Rampino.(Patch, Christine) (Entered: 12/30/2004) |
| 12/30/2004 | 23 | MOTION to Partially Withdraw 22 MOTION to Compel Production of Supplemental Appendix by Charles Rampino.(Patch, Christine) (Entered: 01/06/2005) |
| 01/03/2005 | | Judge Patti B. Saris : ElectronicORDER entered denying 18 Motion Opposing any Further Enlargments of Time to File an Answer (Patch, Christine) (Entered: 01/10/2005) |
| 01/27/2005 | 24 | MOTION for Extension of Time to File Opposition as to 14 MOTION to Dismiss by Charles Rampino.(Patch, Christine) (Entered: 02/03/2005) |
| 02/03/2005 | 25 | Supplemental APPENDIX. Please note: this Appendix Replaces 16 Appendix by Bernard Brady. (Patch, Christine) (Entered: 02/08/2005) |
| 02/03/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 24 Motion for Extension of Time to File Response re 14 MOTION to Dismiss (Patch, Christine) (Entered: 02/09/2005) |
| 02/08/2005 | 26 | MOTION to Hear and Decide Prior Filed Motions by Charles Rampino. (Patch, Christine) (Entered: 02/14/2005) |
| 02/17/2005 | | Judge Patti B. Saris : Electronic ORDER entered re 26 Motion to Hear and Decide Prior Filed Motions. "I rule on motions 20, 21, 22, 23, 24, and 26 as follows: Petitioner shall respond to the motion to dismiss by |

| | | |
|---|---|---|
| | | March 17, 2005. As Respondent has filed a Supplemental Appendix, the remaining motions are moot." (Patch, Christine) (Entered: 02/22/2005) |
| 02/25/2005 | 27 | MOTION for Reconsideration re Order on 21 MOTION to Compel by Charles Rampino.(Patch, Christine) (Entered: 03/03/2005) |
| 03/09/2005 |  | Judge Patti B. Saris : Electronic ORDER entered denying 27 Motion for Reconsideration re 21 MOTION to Compel filed by Charles Rampino. (Patch, Christine) (Entered: 03/14/2005) |
| 03/18/2005 | 28 | Opposition re 14 MOTION to Dismiss filed by Charles Rampino. (Patch, Christine) (Entered: 03/25/2005) |
| 03/18/2005 | 29 | MEMORANDUM in Opposition re 14 MOTION to Dismiss filed by Charles Rampino. (Patch, Christine) (Entered: 03/25/2005) |
| 03/28/2005 | 30 | Judge Patti B. Saris: ORDER entered REFERRING 14 MOTION to Dismiss filed by Bernard Brady, for Report and Recommendation, and 17 MOTION for Leave to Proceed in forma pauperis filed by Charles Rampino, to Magistrate Judge Judith G. Dein(Alba, Robert) (Entered: 03/28/2005) |
| 06/08/2005 |  | Motions terminated from Court's Statistical Report: 9 MOTION for Extension of Time to December 7, 2004 to File Answer re 1 Petition for Writ of Habeas Corpus filed by Bernard Brady,, [4] MOTION for Hearing MOTION for Order filed by Charles Rampino. (issues addressed by prior Court action.) (Alba, Robert) (Entered: 06/08/2005) |
| 07/13/2005 | 31 | Judge Judith G. Dein : ORDER entered denying as moot 17 Petitioner's Motion for Leave to Proceed in Forma Pauperis. (Dambrosio, Jolyne) (Entered: 07/13/2005) |
| 08/03/2005 |  | Motions terminated from Court's statistical report: [4] MOTION for Order filed by Charles Rampino. (Alba, Robert) (Entered: 08/03/2005) |
| 08/22/2005 | 32 | Judge Judith G. Dein : ORDER entered. REPORT AND RECOMMENDATIONS re 14 MOTION to Dismiss filed by Bernard Brady. Recommendation: that the Motion be allowed. Objections to R&R due by 9/6/2005.(Dambrosio, Jolyne) (Entered: 08/22/2005) |
| 08/23/2005 | 34 | Letter to clerk from Charles Rampino re: status on Motion to Dismiss. (Filo, Jennifer) (Entered: 08/30/2005) |
| 08/30/2005 | 33 | OBJECTION to 32 Report and Recommendations filed by Charles Rampino. (Filo, Jennifer) (Entered: 08/30/2005) |
| 09/01/2005 |  | DOCKET SHEET sent to Charles Rampino. (Patch, Christine) (Entered: 09/01/2005) |
| 09/06/2005 |  | Judge Patti B. Saris : Electronic ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 14 Motion to Dismiss filed by Bernard Brady. Action on motion: Granting. "After a review of the objection, the Court adopts the report and recommendation and dismisses the petition." (Patch, Christine) (Entered: 09/12/2005) |

| 10/12/2005 | 35 | NOTICE OF APPEAL as to Order Adopting Report and Recommendations, by Charles Rampino. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 11/1/2005. (Patch, Christine) (Entered: 10/17/2005) |
|---|---|---|
| 10/12/2005 | 36 | MOTION to Appoint Counsel by Charles Rampino.(Patch, Christine) (Entered: 10/17/2005) |