UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04-CV-12033-PBS

CHARLES RAMPINO
PETITIONER

v.

BERNARD BRADY
RESPONDENT.

## PETITIONERS MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the petitioner, Charles Rampino and hereby moves this Court pursuant to 28 U.S.C. §1915 & Fed.R. App. P. 24, to allow him to proceed in forma pauperis with his appeal, and to allow him to file his appeal without payment of fees.

In support of this motion the petitioner states that he is incarcerated and due to such is indigent, and has no fixed assets, bank books, property, real or otherwise

WHEREFORE the petitioner prays that this court allow him to proceed with his appeal in forma pauperis and without fees or costs.

Signed and sworn to under the pains and penalties of purjury.

10-28-05

_____
CHARLES RAMPINO PRO SE

certificate of service

I hereby certify that the above document was served on the Respondents Counsel David Lieber, 1 Ashburton pl., Boston, Ma 02108, by pre paid 1st class mail on this 28th day of October 2005.

_____