# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2615

CHARLES RAMPINO

Petitioner - Appellant

v.

BERNARD BRADY, Superintendent,
Old Colony Correctional Facility

Respondent - Appellee

**JUDGMENT**
Entered: February 3, 2006

    This court issued a briefing notice in this case on 10/28/05 setting a deadline of 12/07/05 for filing appellant's brief and a subsequent notices of default on 12/14/05 and 01/10/06 setting a final deadline of 01/24/06. These deadlines have passed, and appellant has failed to file a brief. Appellant's mail has been returned to this court as undeliverable, and he has failed to provide this court with an updated address. Under the circumstances, the case is dismissed for lack of prosecution. See Loc. R. 45(a).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk

Date: 2/24/06

By the Court:
Richard Cushing Donovan, Clerk

JULIE GREGG

By:_____
Operations Manager

[cc: Charles Rampino, David Mark Lieber, AAG]